BERWIND FUEL CO. v. BAILEY. (Circuit Court of Appeals, Seventh Circuit. May 2, 1923. Rehearing Denied June 8, 1923.) No. 3219. Action at law by Edward Bailey against the Berwind Fuel Company. Judgment for plaintiff, and defendant brings error. Affirmed. Clarence Hartley, of Superior, Wis., for plaintiff in error. W. P. Crawford, of Superior, Wis., and R. S. Marriner, of Washington, Pa., for defendant in error. Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. Reversal of the judgment is sought on the sole ground that there was not sufficient evidence in favor of the position of the defendant in error to warrant the trial court in submitting the issue to the jury. We agree with the trial judge that there was. The judgment is affirmed.

---

BLACK v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. December 15, 1922.) No. 3846. In Error to the District Court of the United States for the Eastern District of Tennessee; Sanford, Judge. Norman B. Morrell, of Knoxville, Tenn., for plaintiff in error. George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

---

BURGET v. CRANSTON et al. (Circuit Court of Appeals, Sixth Circuit. March 8, 1923.) No. 3701. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Ohio; Westenhaver, Judge. E. L. Burget, of Akron, Ohio, for appellant. Boyd, Cannon, Brooks & Wickham, of Cleveland, Ohio, for appellees.

PER CURIAM. Order granting leave to apply in the District Court to file a petition for rehearing.

---

CAMPBELL v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 10, 1923.) No. 3920. In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; Peck, Judge. John V. Campbell and Ed. D. Schorr, both of Cincinnati, Ohio, for plaintiff in error. Benson W. Hough, U. S. Atty., of Columbus, Ohio, for defendant in error.

PER CURIAM. Transferred to the United States Supreme Court, pursuant to section 238a of the Judicial Code (Act Sept. 14, 1922, 42 Stat. 837, c. 305).

---

CARR v. AXELSEN et al. (Circuit Court of Appeals, Fourth Circuit. July 13, 1923.) No. 2130. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. Coleman & Willis, of Norfolk, Va., for appellant. Hughes, Little & Seawell, of Norfolk, Va., and S. L. Sinnott, of Richmond, Va., for appellees.

PER CURIAM. Order transferring case to Supreme Court of the United States filed.

---

COALE & CO., Inc., v. COMPANIA NAVIGAZIONE SOTA Y AZNAR. (Circuit Court of Appeals, Fourth Circuit. January 16, 1923.) No. 2047. Appeal from the District Court of the United States for the District of Maryland, at Baltimore. James M. Mullen and Edward N. Rich, both of Baltimore, Md., for appellant. Janney. Stuart & Ober, of Baltimore, Md., and Charles R. Hickox, of New York City, for appellee.

PER CURIAM. Cause dismissed, at cost of appellant, under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), per agreement of counsel. See, also, 280 Fed. 412.